UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAYMUNDO CADENA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>        *Defendant.* | Civil Action No.: 4:19-CV-03658 |

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order for Conference and Disclosure of Interested Parties:

1.) List all persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

   A. Raymundo Cadena – Plaintiff
   B. Allstate Vehicle and Property Insurance Co. - Defendant
   C. Law Office of Shane McClelland PLLC- Counsel for Plaintiff
   D. Weisbrod Matteis & Copley PLLC - Counsel for Plaintiff

November 25, 2019

*/s/ Shane McClelland*
Shane McClelland
TX Bar# 24046383
SDTX Bar No.: 642324
Attorney-in-Charge for Plaintiff
The Law Offices of Shane McClelland
440 Cobia Dr., Suite 101
Katy, TX 77494
Phone: (713) 987-7107
Fax:    (832) 827-4207
Email: Shane@hmtrial.
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of November, 2019, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Any manual recipients will receive a copy of the foregoing pleading by United States Mail.

*/s/ Shane McClelland*
Shane McClelland